## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

IN RE:

ADA ELIZABETH MCDONALD | Case No. 16-90239

Chapter 13

DEBTOR, | Judge Thomas L. Perkins

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**NOW COMES** The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-RS8 (hereinafter "Creditor"), by and through its attorneys, CODILIS & ASSOCIATES, P.C. and moves this Honorable Court pursuant to 11 U.S.C. §362(d) for an Order granting Creditor relief from the automatic stay and in support thereof respectfully represents as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. §1334 and venue is fixed in this Court pursuant to 28 U.S.C. §1409;

2. Debtor filed a petition under Chapter 13 of Title 11, United States Bankruptcy Code on 3/16/16;

3. Creditor is a secured mortgage holder or servicer on the property commonly known as 1406 W. Beardsley Avenue, Urbana, IL 61801;

4. Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. §362 of the Bankruptcy Code;

5. The Chapter 13 plan herein provides for the cure of the default of said mortgage and maintenance of current payments during the pendency of the proceeding;

6. Pursuant to the plan, Debtor is to disburse the current monthly mortgage payments directly to Creditor beginning with the first payment due after the filing of the Chapter 13 Bankruptcy (subject to periodic adjustment due to change in escrow);

7. Creditor is entitled to relief from the automatic stay under 11 U.S.C. §362(d) for the following reasons:

a) As of 10/02/2017, the Debtor is past due for the 8/1/17 payment, and all amounts coming due since that date. Any payments received after this date may not be reflected in this default;

b) As of 10/02/2017, the total post-petition default through and including 10/1/17 is $1,576.16, which includes a suspense credit of $2.18. Any payments received after this date may not be reflected in this default;

c) On 11/01/2017, the default will increase and will continue to increase as additional amounts become due;

8. Said failure to make post-petition mortgage payments is sufficient grounds for relief from the automatic stay for cause pursuant to 11 U.S.C. Section 362(d) (1);

9. The Court has authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and Creditor requests this Court so order;

10. Ocwen Loan Servicing, LLC services the underlying mortgage loan and note for the property referenced in this Motion for Relief for The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-RS8 (the noteholder) and is entitled to proceed accordingly. Should the Automatic Stay be lifted and/or set aside by Order of this Court or if this case is dismissed or if the debtor obtains a discharge and a foreclosure action is commenced or recommenced, said foreclosure action will be conducted in the name of The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust

Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-RS8 (the noteholder). The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-RS8 (the noteholder) has the right to foreclose because: Noteholder is the original mortgagee or beneficiary or assignee of the security instrument for the referenced loan. Noteholder directly or through an agent has possession of the promissory note and the promissory note is either made payable to Noteholder or has been duly endorsed.

11. Movant has incurred attorney fees and/or costs in connection with this bankruptcy proceeding as follows:

$850.00    Preparation of Notice and Motion for Relief from the Automatic Stay, and prosecution of same

$181.00    for Court filing fee

**WHEREFORE,** The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2003-RS8 its principals, agents, successors and/or assigns prays this Court enter an Order pursuant to 11 U.S.C. §362(d) modifying the automatic stay of this proceeding, allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage, and for such other and further relief as this Court may deem just and proper.

Dated this October 13, 2017.

Respectfully Submitted,
CODILIS & ASSOCIATES, P.C.

By: /s/ Gloria Tsotsos

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
MaryAnn G. Kier #59899MO

**CODILIS & ASSOCIATES, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527    (630) 794-5300
**C&A File No. 14-08-11330**
NOTE: This law firm is a debt collector.

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

**IN RE:**

ADA ELIZABETH MCDONALD

DEBTOR,

Case No. 16-90239

Chapter 13

Judge Thomas L. Perkins

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on October 13, 2017 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on October 13, 2017.

Marsha L Combs-Skinner, Chapter 13 Trustee, 108 S. Broadway PO Box 349, Newman, IL 61942 by electronic notice through ECF
Ada Elizabeth McDonald, Debtor, 1406 W. Beardsley Ave., Urbana, IL 61801
Cristina M. Manuel, Attorney for Debtor, PO Box 691, Urbana, IL 61803-0691 by electronic notice through ECF
Office of U.S. Trustee, Becker Building, Room 1100, 401 Main, Peoria, IL 61602 by electronic notice through ECF

/s/ Gloria Tsotsos
Attorney for Creditor

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
MaryAnn G. Kier #59899MO
**CODILIS & ASSOCIATES, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE NO. (14-08-11330)**

NOTE: This law firm is a debt collector.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:

ADA ELIZABETH MCDONALD

DEBTOR,

Case No. 16-90239

Chapter 13

Judge Thomas L. Perkins

## SUMMARY OF EXHIBITS

The following exhibit(s) pertain to the Motion for Relief from the Automatic Stay filed by THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-RS8 on October 13, 2017:

1. Note / Mortgage or relevant excerpts.

/s/ Gloria Tsotsos
Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
MaryAnn G. Kier #59899MO
**CODILIS & ASSOCIATES, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on October 13, 2017 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on October 13, 2017.

Marsha L Combs-Skinner, Chapter 13 Trustee, 108 S. Broadway PO Box 349, Newman, IL 61942 by electronic notice through ECF
Ada Elizabeth McDonald, Debtor, 1406 W. Beardsley Ave., Urbana, IL 61801
Cristina M. Manuel, Attorney for Debtor, PO Box 691, Urbana, IL 61803-0691 by electronic notice through ECF
Office of U.S. Trustee, Becker Building, Room 1100, 401 Main, Peoria, IL 61602 by electronic notice through ECF

/s/ Gloria Tsotsos