**IT IS SO ORDERED.**

**SIGNED THIS: December 1, 2017**

_____
**Thomas L. Perkins
United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| **IN RE:** | |
| ADA ELIZABETH MCDONALD | Case No.  16-90239<br>Chapter 13 |
| | Judge Thomas L. Perkins |
| DEBTOR(S), | |

---

**AGREED REPAY ORDER WITH PROVISION FOR STAY RELIEF UPON DEFAULT**

---

**THIS CAUSE** coming on to be heard on the motion of THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2003-RS8 (hereinafter "Creditor") for relief from the automatic stay for property located at 1406 W. Beardsley Avenue, Urbana, IL, the Court having jurisdiction over the subject matter:

**IT IS HEREBY ORDERED:**

1. The parties have agreed to repay the following post-petition default pursuant to the terms of this order:

| | | | | | |
|---|---|---|---|---|---|
| a. | Mortgage Payment(s) (8/17-9/17) | 2 | payments @ $523.72 | = | $ 1,047.44 |
| | Mortgage Payment(s) (10/17-11/17) | 2 | $530.90 | = | $ 1,061.80 |
| b. | Late Charges | | charges @ $ | = | $ |
| c | NSF Fees (if any) | | | | $ |
| d. | Bankruptcy Fees/Costs | | | | $ |
| e. | Other Amounts (if any) | | | | $ |
| | | | SUB TOTAL | | $2,109.24 |
| f. | Less amount received (if any): On or before 11/17/17 | | | | (- 530.90 ) |
| g. | Less amount in suspense (if any) | | | | $(-2.18 ) |
| | Total Amount to be Repaid through this order | | | | $1,576.16 |

2. That Creditor must receive the following payments by the corresponding dates:

   a. $530.90 on or before November 17, 2017;

   b. $262.69 plus the December, 2017 post-petition mortgage payment on or before the last day of that month;

   c. $262.69 plus the January, 2018 post-petition mortgage payment on or before the last day of that month;

   d. $262.69 plus the February, 2018 post-petition mortgage payment on or before the last day of that month;

   e. $262.69 plus the March, 2018 post-petition mortgage payment on or before the last day of that month;

   f. $262.70 plus the April, 2018 post-petition mortgage payment on or before the last day of that month;

   g. $262.70 plus the May, 2018 post-petition mortgage payment on or before the last day of that month;

3. That Creditor must receive the payments listed in Paragraph #2 on or before the corresponding date. If Creditor fails to receive any one scheduled payment, the repayment schedule is void and if the debtor fails to bring the loan post-petition current within fourteen (14) calendar

days after mailing notification to the Debtor and her attorney, the stay shall be automatically terminated as to Creditor, its principals, agents, successors and/or assigns as to the property securing its interest, upon filing of notice of same with the clerk of the court;

4. That upon completion of the repayment schedule of paragraph #2 or tender of funds to bring the loan post-petition current under paragraph #3, the Debtor must continue to make "timely" post-petition mortgage payments directly to Creditor continuing monthly thereafter for the pendency of the bankruptcy;

5. That a payment is considered "timely", if the full payment is received in the office of the Creditor on or before the 15th day of the month in which it is due and a late charge is due on all payments received after the 15th day of the month (this provision applies only to the triggering of this order and does not affect what constitutes currency of the loan post-petition);

6. That if Creditor fails to receive two "timely" post-petition monthly mortgage payments and if the debtor fails to bring the loan post-petition current within fourteen (14) calendar days after mailing notification to the Debtor and his attorney, the stay shall be automatically terminated as to Creditor, its principals, agents, successors and/or assigns as to the property securing its interest, upon filing of notice of same with the clerk of the court;

7. That the Debtor shall make "timely" Chapter 13 plan payments to the trustee beginning with the first payment due the trustee under the plan and continuing monthly thereafter;

8. That a payment to the trustee is considered "timely" if the full monthly payment is received in the office of the standing trustee on or before the 15th of the month in which it is due;

9. That if the Debtor fails to make two "timely" trustee plan payments and if the debtor fails to bring the Chapter 13 plan payments completely current within fourteen (14) calendar days after mailing notification to the Debtor and her attorney, the stay shall be automatically terminated as to Creditor, its principals, agents, successors and/or assigns as to the property securing its interest, upon filing of notice of same with the clerk of the court;

10. Creditor's post-petition bankruptcy fees and costs of $1,031.00 are allowed and may be added to the indebtedness secured by the subject mortgage. These fees and costs have not been included in the repayment schedule described herein. Creditor will file a Notice of Post-petition Mortgage Fees under Rule 3002.1 for this amount;

11. In the event that Codilis & Associates, P.C. should have to send out any Notices of Default, Creditor may include up to $50 per notice, as additional attorney fees, that the Debtor must pay in addition to whatever funds are needed to cure the default and that said additional funds must be tendered prior to the expiration of the cure period set forth in the Notice. Creditor is not required to file a Notice of Post-petition Mortgage Fees under Rule 3002.1 for this amount;

12. In the event the instant bankruptcy proceeding is converted to chapter 7, dismissed or discharged, this Order shall be terminated and have no further force or effect.

| /s/ Cristina M. Manuel | /s/ Gloria C. Tsotsos |
|---|---|
| Attorney for Debtor(s) | Attorney for Creditor |

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
MaryAnn G. Kier #59899MO
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C & A File No. (14-08-11330)**

###