**IT IS SO ORDERED.**

**SIGNED THIS: June 20, 2019**

_____
**Thomas L. Perkins**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
|     ADA ELIZABETH MCDONALD ) | |
| ) | Case No. 16-90239 |
| ) | |
|     Debtor. ) | Chapter 13 |

**STIPULATED ORDER TO MODIFY THE PLAN AND
CURE THE POST-CONFIRMATION DEFAULT**

NOW COMES, the Chapter 13 Standing Trustee, Marsha L. Combs-Skinner, and the Debtor, by and through their attorneys in order to cure the Default in the Debtor's Plan payments, the Trustee and the Debtor stipulate as follows:

1. The Debtor's First Amended Plan was confirmed on July 26, 2016.

2. The Debtor failed to make timely payments in the amounts required by the Debtor's Plan.

3. The Debtor is delinquent in their payments to the Trustee in the amount of $1,445.56.

4. The Debtor now wishes to cure the post confirmation default in their Plan payments by modifying their Plan as follows:

    a. The Debtor's Plan will be extended by seven (7) months to forty nine (49) months.

    b. The Debtor will pay to the Trustee the amount of $240.00 per month for the remaining ten (10) months, commencing with the payment due in July, 2019 through April, 2020.

5. The Modification to the Debtor's Plan will allow the Debtor to complete their Plan on time and it has been proposed in good faith.

6. The Modification to the Debtor's Plan is in the best interest of the Creditors, in that the Creditors will receive the same amount through the modification as they would have under the Debtor's Plan as confirmed.

IT IS HEREBY ORDERED that the Debtor's Plan is extended by seven (7) months to forty nine (49) months and the Debtor shall pay to the Trustee the amount of $240.00 per month for the remaining ten (10) months of the Debtor's Plan, total Plan base $8,484.00.

/s/ Kevin Hays
   Staff Attorney for

Marsha L. Combs-Skinner
Chapter 13 Standing Trustee
Central District of Illinois
108 S. Broadway, P.O. Box 349
Newman, IL 61942
Telephone: 217-837-9730 ext. 201
E-Mail: Kevin@ch13cdil.com

/s/Cristina M. Manuel
   Attorney for Debtor

Cristina M. Manuel
Manuel & Associates Law Office
P. O. Box 691
Urbana, IL 61803-0691
(217)344-3400
manuelassociates@hotmail.com

/s/Ada Elizabeth McDonald
   Ada Elizabeth McDonald, Debtor

###